[No. 16222-2-III.   Division Three.   December 23, 1997.]

SCOTT TOLLACKSON, *Plaintiff*, JIM HARUM, *Appellant*,
v. CHELAN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-2-00625-1, John E. Bridges, J., entered April 30, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown and Kato, JJ.

[No. 38830-4-I.   Division One.   December 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. VERALD
SASELLI, *Appellant*.

*In the Matter of the Personal Restraint of* VERALD
SASELLI, *Petitioner*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-1-00479-2, David A. Nichols, J., entered April 12, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J.

[No. 39556-4-I.   Division One.   December 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN
ALLEN LILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01224-1, Richard J. Thorpe, J., entered September 26, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Webster, JJ.

[No. 40443-1-I.   Division One.   December 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTI B.
HELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00740-4, Charles V. Johnson, J., entered March 25, 1997. *Affirmed* by unpublished per curiam opinion.